UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

WHALE CAY GROUP, LIMITED          CASE NO.: 19-18748-SMG
                                  CHAPTER 7

      Debtor.
_____/

NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee for Region 21, Nancy J. Gargula, through her undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

MICHAEL BAKST

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved.

Dated: February 12, 2020

                                    NANCY J. GARGULA
                                    UNITED STATES TRUSTEE
                                    REGION 21

                              By: */s/ Charles R. Sterbach*
                                    Charles R. Sterbach
                                    Assistant United States Trustee
                                    Office of the United States Trustee
                                    U.S. Department of Justice
                                    400 West Washington Street, Ste. 1100
                                    Orlando, FL 32801
                                    (407)648-6301 ext. 121
                                    (407)648-6323
                                    E-mail: Charles.r.sterbach@usdoj.gov