UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                               CASE NUMBER    19-18748

WHALE CAY GROUP LIMITED                              JUDGE SCOTT M. GROSSMAN

        DEBTOR.                                      CHAPTER 11
_____/

DEBTOR'S FINAL STANDARD MONTHLY OPERATIN REPORT (BUSINESS)

FOR THE PERIOD

FEBRUARY 1, 2020 TO FEBRUARY 7, 2020

Comes now, Michael R. Bakst, Chapter 11 Trustee for the above-named debtor and files its final Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Michael R. Bakst, Chapter 11 Trustee
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
561-838-4523
Michael.bakst@gmlaw.com

Debtor's Address and Phone Number:    Debtor's Attorney and Address:
552 NE 34 Court                        Patrick S. Scott, Esquire
Fort Lauderdale, FL 33334              GrayRobinson, P.A.
954-565-2400                           401 E. Las Olas Blvd., Suite 1000
                                       Fort Lauderdale, FL 33301
                                       Patrick.scott@gray-robinson.com
                                       954-761-8111

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING FEBRUARY 1, 2020 AND ENDING FEBRUARY 7, 2020

Name of Debtor: WHALE CAY GROUP LIMITED
Case Number: 19-18748-SMG
Date of Petition: JUNE 28, 2019

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 2,458.95 (a) | 2,458.95 (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | | |
|       Minus: Cash Refunds | (-) | |
|       Net Cash Sales | | |
|    B. Accounts Receivable | | |
|    C. Other Receipts *(See MOR-3)* | | |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | | |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | | |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | | |
|    F. Inventory Payments *(See Attach. 2)* | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | |
|    I. Office Supplies | | |
|    J. Payroll - Net *(See Attachment 4B)* | | |
|    K. Professional Fees (Accounting & Legal) | | |
|    L. Rent | | |
|    M. Repairs & Maintenance | | |
|    N. Secured Creditor Payments *(See Attach. 2)* | | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|    R. Telephone | | |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | |
|    U. Utilities | | |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses *(See MOR-3)* | 2,458.95 | 2,458.95 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 2,458.95 | 2,458.95 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | .00 (c) | .00 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 5th day of MARCH, 20 20.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: __Whale Cay Group Limited__    Case Number: __19-18748-SMG__

Reporting Period beginning __FEBRUARY 1, 2020__    Period ending __FEBRUARY 7, 2020__

ACCOUNTS RECEIVABLE AT PETITION DATE: __N/A__

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | |
|---|---|
| Beginning of Month Balance | $_____(a) |
| PLUS: Current Month New Billings | |
| MINUS: Collection During the Month | $_____(b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____* |
| End of Month Balance | $_____(c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____(c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Whale Cay Group Limited    Case Number: 19-18748-SMG

Reporting Period beginning FEBRUARY 1, 2020    Period ending FEBRUARY 7, 2020

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____* |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __Whale Cay Group Limited__   Case Number: __19-18748-SMG__

Reporting Period beginning __FEBRUARY 1, 2020__   Period ending __FEBRUARY 7, 2020__

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:   $ __N/A__
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month   $ _____ (a)
      PLUS: Inventory Purchased During Month   $ _____
    MINUS: Inventory Used or Sold   $ _____
    PLUS/MINUS: Adjustments or Write-downs   $ _____ *
    Inventory on Hand at End of Month   $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ____% | ____% | ____% | ____% = | 100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month   $ _____ (a)(b)
    MINUS: Depreciation Expense   $ _____
    PLUS: New Purchases   $ _____
    PLUS/MINUS: Adjustments or Write-downs   $ _____ *
Ending Monthly Balance   $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Whale Cay Group Limited    Case Number: 19-18748-SMG

Reporting Period beginning FEBRUARY 1, 2020    Period ending FEBRUARY 7, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Signature Bank    BRANCH: 565 Fifth Ave., New York, New York

ACCOUNT NAME: Whale Cay Group Limited Debtor Case 19-18748 ~~Michael R Bakst as Trustee In Possession~~    ACCOUNT NUMBER: Ending 5383

PURPOSE OF ACCOUNT: OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ .00 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ .00 **(a) |

*Debit cards are used by  N/A

**If Closing Balance is negative, provide explanation:_____

---

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ N/A   Transferred to Payroll Account
$ N/A   Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From February  01, 2020
                                              To   February  29, 2020
                                              Page    1 of     2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


    WHALE CAY GROUP LIMITED DEBTOR        9-161
    CASE 19-18748
    MICHAEL R BAKST AS TRUSTEE IN POSSESSION
    525 OCKEECHOBEE BLVD, SUITE 900
    WEST PALM BEACH FL  33401     999        See Back for Important Information


                                              Primary Account    !5383        1
```

FOR MOBILE BANKING USERS: EFFECTIVE 2/14/2020, THE BANK IS EXTENDING
THE CUT-OFF TIME FOR MOBILE DEPOSITS FROM 4:00 P.M. TO 7:00 P.M. ET ON
THE BUSINESS DAY OF RECEIPT. MOBILE DEPOSITS RECEIVED ON A BUSINESS DAY
AFTER THE CUT-OFF TIME, OR ON A DAY THAT IS NOT A BUSINESS DAY, WILL BE
PROCESSED ON THE NEXT BUSINESS DAY.

IF YOU HAVE ANY QUESTIONS, CONTACT YOUR PRIVATE CLIENT GROUP OR
SIGNATURE BANK CLIENT SERVICES (1-866-SIG-LINE).

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ;5383 | BANKRUPTCY CHECKING | 2,458.95 | .00 |
| | RELATIONSHIP         TOTAL | | .00 |

**SIGNATURE BANK**

```
                                          Statement Period
                                          From February  01, 2020
                                          To   February  29, 2020
                                          Page    2 of     2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


    WHALE CAY GROUP LIMITED DEBTOR           9-161
    CASE 19-18748
    MICHAEL R BAKST AS TRUSTEE IN POSSESSION
    525 OCKEECHOBEE BLVD, SUITE 900
    WEST PALM BEACH FL  33401     999        See Back for Important Information


                                          Primary Account:      5383        1


BANKRUPTCY CHECKING              5383



Summary

  Previous Balance as of February  01, 2020                              2,458.95
       1 Debits                                                          2,458.95
  Ending Balance as of   February  29, 2020                                   .00


Checks by Serial Number
  Feb 14       1001         2,458.95

Daily Balances
  Jan 31           2,458.95            Feb 14            .00
```

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Whale Cay Group Limited        Case Number: 19-18748-SMG

Reporting Period beginning FEBRUARY 1, 2020        Period ending FEBRUARY 7, 2020

NAME OF BANK: Signature Bank        BRANCH: 565 Fifth Ave., New York, New York

ACCOUNT NAME: Whale Cay Group Limited Debtor Case 19-18748 Michael R Bakst as Trustee in Possession

ACCOUNT NUMBER: Ending 5383

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2/13/2020 | 1001 | MICHAEL R. BAKST, CHAPTER 7 TRUSTEE | TO CLOSE OUT CH 11 - TIP A/C | $ 2,458.95 |

TOTAL                                                                                                                           $ 2,458.95

Page: 1

## Cash Receipts and Disbursements Record

| Case Number: | 19-18748-SMG | Trustee: | Michael R. Bakst, Trustee in Possession |
| --- | --- | --- | --- |
| Case Name: | WHALE CAY GROUP LIMITED | Bank Name: | Signature Bank |
| | | Account: | ******5383 - Checking |
| Taxpayer ID#: | **-***3727 | Blanket Bond: | |
| Period Ending: | 02/28/20 | Separate Bond: | $50,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/20 | Asset #1 | SunTrust Bank | CLOSE DIP ACCOUNT | 1129-000 | 2,458.95 | | 2,458.95 |
| 02/13/20 | 1001 | MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR WHALE CAY GROUP, | PER C.O. DATED 2-7-2020--ECF#134 (TURNOVER OF CHAPTER 11 FUNDS TO THE CHAPTER 7 TRUSTEE) JOINTLY ADMINISTERED 19-18740-SMG | 8500-002 | | 2,458.95 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 2,458.95 | 2,458.95 |
| Less: Bank Transfers | | 0.00 | 0.00 |
| Subtotal | | 2,458.95 | 2,458.95 |
| Less: Payment to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $2,458.95 | $2,458.95 |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | $0.00 |
| Checking # ******5383 | 2,458.95 | 2,458.95 | 0.00 |
| | $2,458.95 | $2,458.95 | $0.00 |

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: __Whale Cay Group Limited__     Case Number: __19-18748-SMG__

Reporting Period beginning __FEBRUARY 1, 2020__     Period ending __FEBRUARY 7, 2020__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: __N/A__     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: __PAYROLL__

| | |
|---|---|
| Ending Balance per Bank Statement | $ __N/A__ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5B
# CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: Whale Cay Group Limited     Case Number: 19-18748-SMG

Reporting Period beginning FEBRUARY 1, 2020     Period ending FEBRUARY 7, 2020

NAME OF BANK: N/A     BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| N/A | | | | |

TOTAL $

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: __Whale Cay Group Limited__    Case Number: __19-18748-SMG__

Reporting Period beginning __FEBRUARY 1, 2020__    Period ending __FEBRUARY 7, 2020__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: __N/A__    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: __TAX__

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| N/A | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: __Whale Cay Group Limited__     Case Number: __19-18748-SMG__

Reporting Period beginning __FEBRUARY 1, 2020__     Period ending __FEBRUARY 7, 2020__

NAME OF BANK: __N/A__     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: __TAX__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| N/A  |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid          _____(a)
Sales & Use Taxes Paid      _____(b)
Other Taxes Paid            _____(c)
TOTAL                       _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

TOTAL                    $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $_____(c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: Whale Cay Group Limited        Case Number: 19-18748-SMG

Reporting Period beginning FEBRUARY 1, 2020        Period ending FEBRUARY 7, 2020

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                $ _____

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Whale Cay Group Limited        Case Number: 19-18748-SMG

Reporting Period beginning FEBRUARY 1, 2020      Period ending FEBRUARY 7, 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

## PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | N/A | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

## CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Voylee Gordon Ins Agent Bahamas First Gen Inc | 242-424-4104 | NUA FHP 0051344 00 | Household Comprehensive | 09/17/2020 | 09/17/2020 |
| Falcon Insurance | 281-540-8822 | UA00015614AV19A | General Liab | 09/19/2020 | 09/19/2020 |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

The Order Converting Case Under Chapter 11 to Case Under Chapter 7 was entered on February 7, 2020 [ECF#134]

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16