Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case Number: | 19-18748 SMG |
| Case Name: | WHALE CAY GROUP, LIMITED |
| Period Ending: | 06/30/22 |

| | |
|---|---|
| Trustee: | Michael R. Bakst, Trustee |
| Filed (f) or Converted (c): | 02/07/20 (c) |
| §341(a) Meeting Date: | 04/22/20 |
| Claims Bar Date: | 06/17/20 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SUNTRUST BANK #1692 | 2,813.95 | 2,458.95 | | 2,458.95 | FA |
| 2 | 25% SEASIDE PROPERTIES BAHAMAS LLC<br>(see footnote) | Unknown | 100.00 | | 0.00 | 100.00 |
| 3 | LOTS 63-99, 101-103, 106, 120a-130, 140-141a, 149, 150, GREAT HOUSE TRACT A, 299.06 ACRE PARECEL (LESS 52 ACRES AND 5.8 ACRES, AND P. LAGIER'S 7 ACRE PARCEL),<br>118.5 acre parcel, 45.12 acre parcel, 21.17 acre parcel, and lowlying lands (approx. 139 acres), Great Whale Cay, The Bahamas (lots 103, 120a-c, 129-130, and 149-150 are subject to Case Holding claim of 50% interest).<br>AMENDED SCHEDULES FILED 8-14-2020--ECF#180 | 35,150,000.00 | 35,150,000.00 | | 0.00 | 35,150,000.00 |
| 4 | LOTS 58, 142 and 143, GREAT WHALE CAY, THE BAHAMAS | 750,000.00 | 750,000.00 | | 0.00 | 750,000.00 |
| 5 | 52 ACRE PARCEL, and 5.8 ACRE PARCEL WITHIN 299.06 ACRE PARCEL, GREAT WHALE CAY, BAHAMAS | 6,030,000.00 | 6,030,000.00 | | 0.00 | 6,030,000.00 |
| 6 | BUSINESS MACHINERY & VEHICLES<br>(see footnote) | 50,100.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 7 | POTENTIAL CLAIM AGAINST AMERICAN INVESTMENT PROPERTIES, INC.<br>NO VALUE | Unknown | 0.00 | | 0.00 | FA |
| 8 | COLLECTION OF PAPERS AND ARTIFACTS OF JOE CARSTAIRS | 65,000.00 | 65,000.00 | | 0.00 | 65,000.00 |
| 9 | GREAT HOUSE FURNISHINGS $750 & STAINED GLASS WINDOWS FOR CHURCH (5) $4,000 | 4,750.00 | 4,750.00 | | 0.00 | 4,750.00 |
| 10 | MULTIPLE VEHICLES; EQUIPMENT; TOOLS; MOTORS- DUPLICATE OF ASSET #6 (u)<br>AMENDED SCHEDULES FILED IN THE LEAD CASE ECF#180 - THIS IS A DUPLICATE ASSET OF #6. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2013 PATHFINDER WITH TRAILER (u)<br>PAY'T PER C.O. DATED 8-20-2020 --ECF#181 (IN LEAD CASE P&D 19-18740-SMG) | 18,500.00 | 18,500.00 | | 18,500.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$42,071,163.95** | **$42,030,808.95** | | **$20,958.95** | **$42,009,850.00** |

Regarding Property #2    THE VALUE OF THIS ASSET WILL DEPEND UPON BEING ABLE TO SELL THE REAL PROPERTY THAT IS ON THE MARKET CURRENTLY.  UNTIL THE PROPERTY IS SOLD, NO DETERMINATION CAN BE MADE AS TO THE VALUE AT THIS TIME.  THE TRUSTEE VALUE IS ONLY TO BE IN COMPLIANCE WITH THE UST HANDBOOK.
Regarding Property #6    2016 Kawasaki Mule 4X4 VIN JK1AFCR17GB528319, $ 3500.00;

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

(1) 2016 Kawasaki Mule -2 wheel Dr. VIN JK1AFEA12GB57444 0, $ 2500.00; (1) 2008 EZ Load Boat Trailer VIN1ZEVHESJ95A017217, $ 500.00;
(1) Kubota Tractor VIN52832 (49369) including Kubota Loader VIND4337 (50334),
7' Landscape Rake VIN 09709 (50815), Bush Hog Mower IN1HCAR11609104, $25000.00;
(1) 2011 Chevrolet Silverado Truck VIN 1GC2KVCG0BZ167613, $ 8500.00;
(1) 13' Boston Whaler, $2000.00; (1) 150 HP Mercury Outboard, $750.00;
(1) 7KW Generator, $2500.00;
(1) 21KW Generator, $4000.00;
(1) 4 KW Generator, $ 500.00;
Misc. tools: 2 chain saws, 2 weedeaters, $ 350.00

**Major activities affecting case closing:**
FORT LAUDERDALE DIVISION

CBD:  06-17-2020 [ECF#52]

TAX RETURN STATUS:  KAPLILA EMPLOYED.  REFER TO LEAD CASE 19-18740-SMG ON 5-26-2020 [ECF#45].  THIS IS A FOREIGN ENTITY WITHOUT US FILING REQUIREMENT

CASE STATUS:   THIS ESTATE CONVERTED TO A CHAPTER 7 ON FEBRUARY 7, 2020.  THIS CASE IS BEING JOINTLY ADMINISTERED IN THE LEAD CASE [19-18740-SMG] P&D INVESTMENTS LLC, INCLUDING 19-18744-SMG [PCD INVESTMENTS LLC].  MICHAEL R BAKST WAS APPOINTED AS THE CHAPTER 7 TRUSTEE ON FEBRUARY 12, 2020[ECF#46]

REFER TO LEAD CASE 19-18740-SMG FOR CURRENT STATUS

**Initial Projected Date of Final Report (TFR):**  September 30, 2022          **Current Projected Date of Final Report (TFR):**  September 30, 2024

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-18748 SMG | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | WHALE CAY GROUP, LIMITED | Bank Name: | Signature Bank |
| | | Account: | ******6355 - Checking |
| Taxpayer ID#: | ******3727 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/20 | Asset #1 | Whale Cay Group Ltd., Chapter 11 | PAY'T FROM CHAPTER 11 TRUSTEE TO CLOSE OUT TIP BANK ACCOUNT | 1129-000 | 2,458.95 | | 2,458.95 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,453.95 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,448.95 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,443.95 |
| 09/03/20 | Asset #11 | Marc Barmat,Trustee | PAY'T PER C.O. DATED 8-20-2020 -- ECF#181 FILED IN LEAD CASE 19-18740-SMG | 1229-000 | 18,500.00 | | 20,943.95 |
| 09/15/20 | 1001 | NASSAU UNDERWRITERS AGENCY | PAY'T PER C.O. DATED 9-15-2020--ECF#188 (INS POLICY PERIOD 9-17-2020 THRU 9-17-2021 (DWELLING & CONTENTS) | 2990-000 | | 7,493.25 | 13,450.70 |
| 09/15/20 | 1002 | FALCON INSURANCE AGENCY OF HOUSTON, INC. | PAY'T PER C.O. DATED 9-15-2020--ECF#188 (INS POLICY PERIOD 9-19-2020 THRU 9-19-2021 (AIRPORT LIABILITY INSURANCE) | 2990-000 | | 8,438.00 | 5,012.70 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 21.74 | 4,990.96 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.98 | 4,982.98 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.23 | 4,974.75 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.22 | 4,966.53 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.69 | 4,958.84 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-18748 SMG | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | WHALE CAY GROUP, LIMITED | Bank Name: | Signature Bank |
| | | Account: | ******6355 - Checking |
| Taxpayer ID#: | ******3727 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.42 | 4,951.42 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.99 | 4,942.43 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.92 | 4,934.51 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.38 | 4,927.13 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.69 | 4,918.44 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.88 | 4,910.56 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.39 | 4,902.17 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.86 | 4,894.31 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.58 | 4,886.73 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.36 | 4,878.37 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.08 | 4,870.29 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.07 | 4,862.22 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.27 | 4,854.95 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 8.04 | 4,846.91 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.62 | 4,839.29 |

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 19-18748 SMG | **Trustee:** | Michael R. Bakst, Trustee |
|---|---|---|---|
| **Case Name:** | WHALE CAY GROUP, LIMITED | **Bank Name:** | Signature Bank |
| | | **Account:** | ******6355 - Checking |
| **Taxpayer ID#:** | ******3727 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 07/01/21 - 06/30/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.86 | 4,831.43 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.85 | 4,823.58 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 20,958.95 | 16,135.37 | $4,823.58 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 20,958.95 | 16,135.37 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,958.95** | **$16,135.37** | |

| | | Net Receipts: | $20,958.95 | | **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|---|
| | | Net Estate: | $20,958.95 | | **Checking # ******6355** | 20,958.95 | 16,135.37 | 4,823.58 |
| | | | | | | $20,958.95 | $16,135.37 | $4,823.58 |